

# BLAU LEONARD
## Law Group LLC

**Steven Bennett Blau**
Partner
115 River Road ▪ Suite 1027
Edgewater ▪ NJ 07020
Direct Tel: 201-212-6363 ext. 100
Fax: 631-458-1011
*Admitted in New York*
sblau@blauleonardlaw.com

April 29, 2013

Hon. Yvette Kane, Chief Judge
Federal Building & U.S. Courthouse
228 Walnut Street. P.O. Box 983
Harrisburg, PA 17108

                        Re: *Brown, et al vs. True Blue, Inc., et al*
                        Case No. 1: CV-10-514

Dear Judge Kane:

      Pursuant to the Order of this Court, the parties jointly and respectfully submit the following status report.

      As of April 25, 2013, both Plaintiffs have been located and have consented in writing, to the terms and conditions of the settlement, subject to Court approval.

      Plaintiffs will be filing an application for Court approval of the settlement, within the next ten (10) days.

      Thank you for your consideration.

                              Respectfully submitted,

                              Steven Bennett Blau

cc: David Ongaro, Esq.