UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN BROWN, JR. AND MATTHEW JURY, Individually, and on Behalf of all Others Similarly Situated, <br><br> Plaintiffs, <br><br> -against- <br><br> TRUEBLUE, INC., f/k/a LABOR READY, INC. and LABOR READY NORTHEAST, INC., <br><br> Defendants. | ) Civil No.:1:10-cv-00514-YK <br> ) Chief Judge Yvette Kane <br> ) <br> ) DECLARATION OF <br> ) STEVEN BENNETT BLAU |

Steven Bennett Blau makes the following declaration under penalties of perjury and pursuant to 28 U.S.C. §1746:

1. I am a member of the firm of BLAU LEONARD LAW GROUP, LLC, attorneys for the Plaintiffs in the above-captioned matter. As such, I have personal knowledge of the facts, circumstances and procedural history of this litigation as is hereinafter set forth.

2. This Declaration, and accompanying Memorandum of Law, is submitted in support of Plaintiffs' Motion for Court Approval of FLSA Settlement.

3. Annexed hereto as Exhibit A is a true and correct copy of the Plaintiff, Matthew Jury's Settlement Consent Letter.

4. Annexed hereto as Exhibit B is a true and correct copy of the Plaintiff,

Stephen Brown's Settlement Consent Letter.

I declare under penalty of perjury this 16th day of May, 2013, that the foregoing is true and correct.

Dated:  May 16, 2013

/s/ *Steven Bennett Blau*

Steven Bennett Blau, Esq.
BLAU LEONARD LAW GROUP, LLC
115 River Road, Suite 1027
Edgewater, NJ 07020
(201) 212-6363
(631) 458-1011 (fax)
sblau@blauleonardlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Steven Bennett Blau hereby certify that, on this date, I caused the foregoing Declaration to be served upon the following via electronic filing on the ECF system:

Justin G. Weber (PA 89266)
PEPPER HAMILTON LLP
100 Market Street, Suite 200
Harrisburg, PA 17108-1181
Telephone: 717.255.1155
Facsimile: 717.238.0575
Email: woodl@pepperlaw.com
       weberjg@pepperlaw.com

<u>Admitted Pro Hac Vice</u>
David R. Ongaro
Kyann C. Kalin
Ameilia D. Winchester
Ongaro Burtt LLP
595 Market Street, Suite 610
San Francisco, CA 94105
Telephone: 415.433.3900
Facsimile   415.433.3950
Email:   kkalin@ongaroburtt.com

Attorneys for Defendants
TrueBlue, Inc., f/k/a Labor Ready, Inc.
and Labor Ready Northeast, Inc.

Dated: May 16, 2013

*/s/Steven Bennett Blau*