EXHIBIT "B"

Site Tools          Search Site

Home     About CLS     News + Events     Contact Us     Other Languages

LEARN ABOUT ISSUES          GET HELP          MAKE A GIFT

About CLS / Attorney Fees



- Overview
- History
- ▸ Community Impact
- ▸ Successes
- ▸ Careers
- Attorney Fees
- Annual Reports
- Board of Trustees
- Leadership Council
- ▸ Staff

## Attorney Fees

Explanatory Notice to the Public

CLS never charges attorney's fees to its clients, although in some cases clients are asked to pay for court filing fees or other out of pocket expenses.

The attached chart lists the fee schedule used by CLS only in cases in which the law allows for the award of attorney's fees from opposing parties in order to compensate CLS for the legal services provided to its clients.

RANGE OF HOURLY RATES*, Effective June 23, 2011

| | |
|---|---|
| Attorneys post-law school experience under 2 years | $165-190 |
| Attorneys 2-5 year's experience | $180-225 |
| Attorneys 6-10 year's experience | $225-255 |
| Attorneys 11-15 year's experience | $260-335 |
| Attorneys 16-20 year's experience | $305-350 |
| Attorneys 21-25 year's experience | $325-370 |
| Attorneys more than 25 year's experience | $360-460 |
| Law Students | $80-135 |
| Paralegal I and II | $80-100 |
| Senior and Supervisory Paralegal | $100-135 |

*These rates do not reflect any adjustment for contingency, and are based on Philadelphia law firm market survey data and increases in the Consumer Price Index.

**THESE FEES ARE NOT CHARGED TO CLS CLIENTS. SEE NOTICE ABOVE.**

© 2013 Community Legal Services of Philadelphia     Legal Disclaimer                    Connect with us:

Center City Office: 1424 Chestnut Street, Philadelphia, PA 19102     North Philadelphia Office: 1410 W. Erie Avenue, Philadelphia, PA 19140