**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **STEPHEN BROWN, JR. et al.,** | **:** | |
| **Plaintiffs** | **:** | |
| | **:** | **No. 1:10-cv-00514** |
| **v.** | **:** | |
| | **:** | **(Judge Kane)** |
| **TRUEBLUE, INC., et al.,** | **:** | |
| **Defendants** | **:** | |

## ORDER

**AND NOW**, on this 5ᵗʰ  day of November 2013,  **IT IS HEREBY ORDERED THAT**

Plaintiffs' proposed award of attorneys' fees in the amount of $65,000.00 is **APPROVED**.

(Doc. No. 114-2 ¶ 2(c)).  The Clerk of Court is directed to close the case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania